## UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Cedrick Jerell Mattocks            Docket No. 7:13-MJ-1162-1RJ

### Petition for Action on Probation

     COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cedrick Jerell Mattocks, who, upon an earlier plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C. § 661, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on December 4, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall pay a special assessment of $25, fine of $200, and restitution of $500.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

     On December 4, 2013, immediately following sentencing, the defendant tested positive for marijuana. The defendant admitted to using the substance prior to court. The probation officer informed the defendant that marijuana use is prohibited while on probation. The defendant described his marijuana use as recreational and advised the probation officer that he could abstain.

     On March 27, 2014, the defendant submitted to surprise urinalysis which proved positive for marijuana. On April 4, 2014, the laboratory report from Alere Laboratory confirmed the sample was positive for marijuana. When confronted, the defendant admitted to using the substance.

     The probation officer is recommending imposition of a drug aftercare condition to facilitate urinalysis and allow the defendant to participate in any recommended substance abuse treatment deemed necessary.

     The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Cedrick Jerell Mattocks
Docket No. 7:13-MJ-1162-1RJ
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Djoni B. Barrett<br>Djoni B. Barrett<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-347-9038<br>Executed On: April 29, 2014 |

### ORDER OF COURT

Considered and ordered this __30__ day of __April__, 2014, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr
U.S. Magistrate Judge