# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
## Southern Division
### Docket No. 7:13-MJ-1162-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Cedrick Jerell Mattocks** | ) | |

On December 4, 2013, Cedrick Jerell Mattocks appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Personal Property in violation of 18 U.S.C. § 661, was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on December 19, 2014, the court finds as a fact that Cedrick Jerell Mattocks, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. That the term of supervision be extended for 12 months from the expiration date of December 3, 2014, until December 2, 2015.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Cedrick Jerell Mattocks
Docket No. 7:13-MJ-1162-1
Order Modifying
Page 2

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 19th day of December, 2014.

                                           Robert B. Jones, Jr.
                                           U.S. Magistrate Judge