UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:13-MJ-1162-1RJ

| | |
|---|---|
| **United States Of America** ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| **Cedrick Jerell Mattocks** ) | |
| ) | |

On December 4, 2013, Cedrick Jerell Mattocks appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Larceny of Personal Property, 18 U.S.C. § 661 was sentenced to 12 months of probation.

On December 19, 2014, at the time of a revocation hearing before the Honorable Robert B. Jones, Jr., the defendant was found to be in violation of his probation and supervision was extended for an additional 12 months with the condition that he participate in a substance abuse treatment program as well as the DROPS Program.

From evidence presented at the revocation hearing on November 17, 2015, the court finds as a fact that Cedrick Jerell Mattocks, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 19th day of November, 2015.

Robert B. Jones, Jr.
U.S. Magistrate Judge